446

## HACKNEY v. STATE.
### No. 18145.

Court of Criminal Appeals of Texas.
April 8, 1936.

B. B. Perkins, of Rusk, and H. T. Brown, of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possession of whisky for the purpose of sale; punishment being assessed at one year in the penitentiary.

The law under which the prosecution originated and conviction was obtained has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and prosecution ordered dismissed.

MORROW, P. J., absent.

## GREENE v. STATE.
### No. 18180.

Court of Criminal Appeals of Texas.
April 15, 1936.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for rape; punishment, imprisonment for life in the penitentiary.

The record is here without statement of facts or bills of exception. No brief is on file presenting appellant's defense. We find in the record a letter written by him in person presenting reasons upon which he bases a request for reversal. We regret that in the absence of a statement of facts we are unable to verify the truth of the matters appearing in said letter. In the absence of a statement of facts, all matters of procedure appearing regular, we have no course open to us except to affirm the judgment, and it is so ordered.